

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

June 19, 2019

Honorable Sean H. Lane
United States Bankruptcy Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Michael J. Kraus
           Bankruptcy Case No: 18-23391

    This office represents SN Servicing Corporation, the Secured Creditor in the above referenced action. On April 2, 2019 the Secured Creditor issued a denial for this loan due to excessive debt to income ratio (DTI) of 73.55%. The appeal period expired on 5/2/19. Therefore, we respectfully request that loss mitigation be terminated at this time.

    **Please feel free to contact our office should you have additional questions.**

    Sincerely,

    /s/ Jonathan Schwalb, Esq.
    Jonathan Schwalb, Esq.
    Friedman Vartolo LLP
    85 Broad Street, Suite 501
    New York, New York 10004
    (P) 212.471.5100
    (F) 212.471.5150
    bankruptcy@friedmanvartolo.com