UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X     Chapter 13
In re:
     Michael Kraus,
                                              Case No. 18-23391-shl
                Debtor.

---------------------------------------------------------------X

## Certificate of Service

**I hereby certify** that on June 9, 2020, I electronically filed the foregoing **Letter of Adjournment** with the Clerk of the Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF and the United States Mail to the following parties:

Krista M. Preuss
As Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014


Dated: June 9, 2020
       Suffern, NY

                                                    **Adams Law Group LLC**

                                                    By: */s/ Benjamin M. Adams*
                                                    Benjamin M. Adams
                                                    98 Lafayette Avenue, 2nd Floor
                                                    Suffern, New York 10901
                                                    Tel: (888) 738-0088


See attached page for additional creditors

**AMERICAN EXPRESS GOLD CARD**

P.O. BOX 1270

NEWARK, NJ 07101-1270

**American Express National Bank**

c/o Becket and Lee LLP

PO Box 3001

Malvern PA 19355-0701

**American Express National Bank**

c/o Becket and Lee LLP

PO Box 3001

Malvern PA 19355-0701

**American Express National Bank**

c/o Becket and Lee LLP

PO Box 3001

Malvern PA 19355-0701

**BLUE CASH/AMEX**

P.O. BOX 1270

NEWARK, NJ 07101

**CHASE**

PO BOX 15298

WILMINGTON, DE 19850

**CHASE FREEDOM CARD**

P.O. BOX 15123

WILMINGTON, DE 19850

**CHASE SLATE CARD**

P.O. BOX 15123

WILMINGTON, DE 19850

**Department of the Treasury**

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101-7346

**DISCOVER CARD**
P.O. BOX 71084
CHARLOTTE, NC 28272-1084

**EVERBANK**
301 WEST BAY STREET
JACKSONVILLE, FL 32202

**MARRIOT REWARDS**
P.O. BOX 15123
WILMINGTON, DE 19850

**MTGLQ INVESTORS, L.P.**
9990 Richmond Ave. Suite 400 South
Houston, TX 77042

**OPTIMA CARD/AMEX**
P.O. BOX 1270
NEWARK, NJ 07101

**SELENE FINANCE**
9990 RICHMOND, SUITE 400 SOUTH
HOUSTON, TX 77042

**TIAA, FSB d/b/a TIAA Bank f/k/a EverBank**
c/o Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard
Rochester, NY 14624

**U.S. Bank Trust National Association, as Trustee**
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

All other creditors requesting service.