UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                                    Chapter 13

    Michael J. Kraus,
                            Debtor.                                            Case No. 18-23391-shl

---------------------------------------------------------X

## STATEMENT PURSUANT TO RULE 2016(b)

The undersigned, pursuant to Rule 2016(b) of the Bankruptcy Rules, states that the compensation paid or promised by the Debtors to the undersigned is as follows:

1. For legal services rendered the Debtor agrees to pay, as a retainer **$3,500.00.**

2. Prior to the filing of this Statement the Debtor has paid the undersigned **$00.00**.

3. Balance due: **$3,500.00**. All fees in excess of the retainer shall be the subject of an Application to the U.S. Bankruptcy Court based upon usual and customary rates of counsel. The filing fee has been paid. The services rendered or to be rendered include the following:

    a) Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file a petition under Title 11 of the United States Code.

    b) Preparation and filing of the Petition, schedules of assets and liabilities, and statement of affairs.

    c) Representation of the client at the meeting of creditors under 11 U.S.C. § 341(a).

    d) Representation of client at all subsequent adjourned meetings and confirmation hearings.

The services do not include the following for which separate arrangements must be made:

   a) Loan modification, sale, or short sale representation;

   b) Motion practice, generally;

   c) Any contested matter or adversary proceeding including, but not limited to, defense of a motion to terminate stay and/or objection to discharge, contested claims objections, motions to vacate judgments and to avoid mortgages or judicial liens.

4. No part of the above fees are to be shared with any other person or firm.

5. The undersigned further states that the source of monies paid by the Debtors to the undersigned was and will be: retirement income.

Dated: December 18, 2020
      Suffern, New York

Respectfully Submitted,

**Adams Law Group LLC**
*Attorneys for Debtor*

By:   */s/ Benjamin M. Adams*
      Benjamin M. Adams, Esq.
      98 Lafayette Avenue, FL2
      Suffern, NY 10901
      (888) 738-0088
      ben@adamslawgroup.com