ADAMS LAW GROUP LLC
Benjamin M. Adams, Esq.
Attorneys for the Debtor
98 Lafayette Avenue, FL2
Suffern, NY 10901
(888) 738-0088

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                                          Chapter 13

    Michael J. Kraus,
                Debtor.                                                     Case No. 18-23391-shl

---------------------------------------------------------X

**CERTIFICATION UNDER GENERAL ORDER M447**

TO THE HONORABLE SEAN H. LANE, UNITED STATES BANKRUPTCY JUDGE:

ADAMS LAW GROUP LLC, by its sole member, Benjamin M. Adams ("Adams", "Certifying Professional" or "Applicant"), hereby certifies the following in support of the request for final compensation and disbursements made to this Court in the Application for Compensation dated **December 18, 2020.**

1. I have read the annexed Application and to the best of my knowledge, information and belief, except as noted in the Application, the Application complies with the requirements of the General Order M447 dated January 29, 2013 (the "Amended Guidelines.")

2. To the best of the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Amended Guidelines and are billed at rates in accordance customarily employed by your Applicant and generally accepted by your Applicant's clients. In providing a reimbursable services, your Applicant does not make a profit on the services whether the service is performed by your Applicant in house or through a third party. Your

Applicant seeks reimbursement only for the amounts expended or owned by the Applicant.

3. A statement of fees and disbursements which accrued during each month has been provided to the Debtor and, if applicable, to the Trustee and the Chair of each Committee, if any, each month as required by and in accordance with the Amended Guidelines and prior Orders of this Court.

4. A copy of the Application for compensation and disbursements has been served on the Debtor, the Office of the U.S. Trustee, the Trustee assigned to the case, if any, and the Chair of each Committee, if any, at least fourteen (14) days before the date set by the Court for the hearing on the Application.

5. A copy of this Certification is on file with the Court and is available for review by all parties of interest.

Dated: December 18, 2020
      Suffern, New York

                      ADAMS LAW GROUP LLC
                      *Attorney for the Debtor*

        By:    /s/ Benjamin M. Adams
                 Benjamin M. Adams, Esq.
                 98 Lafayette Avenue, FL2
                 Suffern, NY 10901
                 (888) 738-0088
                 ben@adamslawgroup.com