UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                         Chapter 13
    Michael J. Kraus,
                      Debtor.                 Case No. 18-23391-shl

-------------------------------------------------------X

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF**
**FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      Upon consideration of Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period September 10, 2018 to November 30, 2020; and a hearing having been held before this Court to consider the Application on January 20, 2021; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

      ORDERED that the Application is granted to the extent set forth in the attached **Schedule "C."**

Dated: January    , 2021
       White Plains, New York


                                                    _____
                                                    Honorable Sean H. Lane
                                                    United states Bankruptcy Judge

Case No. 18-23391-shl    CHAPTER 13 FEE APPLICATION
SCHEDULE C

CASE NAME: Michael J. Kraus
[09/10/2018 THROUGH 11/30/2020]

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Benjamin Adams | $3,500.00 | 00.00 | $3,500.00 | $00.00 | $7,000.00 | $00.00 | $7,000.00 | $0.00 |